No. 84–789. SMITH *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 84–791. GALLAHER ET AL. *v.* ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 84–793. ADJUSTERS REPLACE-A-CAR, INC., ET AL. *v.* AGENCY RENT-A-CAR, INC. C. A. 5th Cir. Certiorari denied.

No. 84–794. MID-AMERICA NATIONAL BANK OF CHICAGO, TRUSTEE, ET AL. *v.* FIRST SAVINGS & LOAN ASSOCIATION OF SOUTH HOLLAND ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–795. HOWARD *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 84–796. TRACE X CHEMICAL, INC., ET AL. *v.* CANADIAN INDUSTRIES, LTD., ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–799. M. FRENVILLE CO., INC., ET AL. *v.* AVELLINO & BIENES. C. A. 3d Cir. Certiorari denied.

No. 84–800. AMERICAN FUNDAMENTALIST CHURCH *v.* COUNTY OF HENNEPIN. Sup. Ct. Minn. Certiorari denied.

No. 84–802. SPENCER *v.* MISSOURI PACIFIC RAILROAD CO. C. A. 8th Cir. Certiorari denied.

No. 84–804. ROYAL DRUG CO., INC., ET AL. *v.* GROUP LIFE & HEALTH INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–859. JOHNSON *v.* CONSOLIDATED RAIL CORPORATION. C. A. 7th Cir. Certiorari denied.

No. 84–860. PATTON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–864. MILLER BREWING CO. *v.* BREWERY WORKERS LOCAL UNION NO. 9, AFL–CIO. C. A. 7th Cir. Certiorari denied.